Stanley Chiuzels, appellee, v. Tuthill Building Material Company and City of Chicago, defendants, on appeal of City of Chicago, appellant. Gen. No. 34,157.

Opinion filed May 26, 1930.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Samuel L. Golan, Kathryn M. Barasa, Assistant State's Attorneys, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Earl J. Walker, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Gussie Katz, plaintiff in error, v. National Tea Company, defendant in error. Gen. No. 34,254.

Opinion filed May 26, 1930.

Morris A. Gold, for plaintiff in error; Irwin S. Rubelle, of counsel. Soelke, Koehn & Loewy, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

New York Bond & Mortgage Company, appellee, v. H. E. McWilliams, appellant. Gen. No. 34,282.

O'Connor, J., dissents in part. Opinion filed May 26, 1930.

A. W. Martin and Edward H. S. Martin, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Will Howell & Associates, appellant, v. James A. Carter, appellee. Gen. No. 33,754.

Opinion filed May 26, 1930.

Allen E. Hoban, for appellant. William L. Kelley, for appellee.

Mr. Justice Matchett delivered the opinion of the court.